I urge the members of the House of Representatives to vote for me. I can use the floor. This case is a fundamental one. It requires decent hardware and procedures. The police won't be retired. In the exercise of that right, I'm sorry to say that I'm not going to be able to stand to do the administrative obligations. The pretty poor agency is capable of standing to promulgate definitions of education programs to ensure the public's well-being. Five years. This is the only prosecution for its time. It may use the wrong program or the wrong procedures. Science and the attitude of its consumers keep changing the hardware and the human procedures for exercising this right. Why just destroy employees' A&E? It's a horrible person. I'm sorry to tell you the truth. The question presented by this case is whether the prosecution can keep the right. If the agency has to be retired, is it warranted or should it be named? If the agency is subject to the provisions of the A&E Funding Policy, does it increase temporary interpretations of the law by the authority of the agency? Ms. Schumacher, I'm happy to answer any questions for you. Are you making a facial challenge to the assault on consensus or an answer applied to... Is it as hard to try to keep the right or is it as hard to try to keep the right? Our position has been that if so, what does the attorney general in the agency rule make? And for clarifying, he said, the agency can't be a facial challenge. You are not here to challenge the agency. You are here to try to keep the right. You are here to try to keep the right. It's your opinion, your science. So what would it be for you to say that you want the court to order? We want the court to order. The attorney general's office is in compliance and to the percentage that members can have their dreams, global dream, global dream. What does this mean for the United States in terms of what to do in the form of a higher institution than this agency? We want the court to order the attorney general's office to build a statutory obligation under Title IV of the law to complicate rules and engage in rule-making, which the agency always has the authority to do. Mr. Chair, how do you see the agency individually struggling to sustain the agency in these sort of main things? Yes, Your Honor. Why do you think the agency may need to alter its superior order? We find the agency is a complete struggle among civil rights people in New Orleans. We find that the statutory obligation has often been brought in in addition to the agency's superior order managing both state and federal offices. And so, I don't know if there's a statutory way for the agency to sustain its own objectivity. That's what the superior order is. I mean, Your Honor, your goal is to require rule-making that extends solely from state governments and what the federal statute of limitations requires the state attorney general to allocate the right to the state's superiors to the state's superiors in states. The fact that we are asking for both rule-making that we are seeking is absurd to each state. This case is no different from the abortion rights case. This is a case where a state attorney general is being assessed and confirming harmoniously and closely that they've been abandoned by the state attorney general. I'm not aware of any federal agency that she's saying the attorney general is being required to follow the rules in certain abortions. She's going back to that and saying the NBL is being driven by a law enforcement authority. That's a question. Are you aware of any federal agency being put into a federal court and order its state attorney general to follow the rules and regulations in certain abortions? I'm aware of that, of course. I'm not aware of any federal agency   its state attorney general to follow the rules and regulations that have been formulated by the state. This is a question. I don't know if that's your answer. I just don't know that she's used your own information. Of course, it's true that this case, for instance, under the Constitution, for instance, there are a lot of regulations by the state, and there are a lot of statutes that have violations of the Constitution. In the case, there are almost 158 statutes concerning additives that may be criminal sentences that may be criminal in order to change the statutes. There are almost 181 statutes that should be carried all over America. You know, this is also a matter of our agency, all states, the institution, the Constitution, there are a lot of things that should be carried in order to change the statutes that are already in place in order to change the state of America. I've been in office for a few and I've been in office for a few months, and I've been in office for a few months, and I've been in office for a few months, and as you ask those three variables that were much less stable as the other agents did that in the early 40s, the organization in itself has evolved very easily. This may mean that you have to establish a national jurisdiction key is the fact that you have to establish a national jurisdiction before issuing a ruling that says this particular state statute is either on its face or in its apply in violation of the federal constitution and then you proceed forward and find what constitutionally defined is the main jurisdiction that in entering what you're essentially an affirmative injunction that requires a state officer to do something because you allege that by doing that you are essentially rights are being violated and that's where I am in my argument. It's not just being the senior owner of civil rights that requires you to do these things to engage momentarily in issues like this. I mean, I mean, well, it's different from saying you know, we want more regulations concerning water rights or we want more regulations concerning or we want more rights whereas the principle you know, you don't have enough rules in a certain area to go along with your objection to the constitution. But the interesting thing here, Your Honor, is that a state authority requires the attorney to engage momentarily but the second thing that the attorney must not do is make a specific case in which you are being falsely arrested and you're trying to perform an interrogation and Your Honor, in all these cases, there's no explicit implications of civil trial. What are the consequences of your interrogation? It's actually not a state issue but it's a standing issue. Your Honor, the question started as to whether your clients have a standing choice to ask for the charge. What is the realistic probability or likelihood of a future injury that entitles them to the charge they would need? Well, I think the second case is somewhat similar to the first case that was brought to the series of cases that were involved in the first case where Mr. Eames did his interrogation as well as the other cases that he was interrogated in both cases. We brought that case and it's all been done in the past. People have been prosecuted as operators in various cases. So, in all the cases that you received as standbys, there was a possibility or a likelihood of your credibility in any of these clients will be subjected to prosecution and arrest or other monetary action in the future. I think that that's best informed in the following 15-hour interrogation in the Sheriff's Office. In those 17 cases, two were over the first three weeks of our visit without clear definitions from the Department of Justice or officers. There's no way of understanding how that could not be sealed to us as much as we thought it should be. Therefore, the case that's different that says we don't understand the law and that's the right thing to say we are entitled to arrest and prosecute your clients. So, whereas there may be any situation where they will personally be subjected to a certain amount of enforcement that is, because if somebody has a crime challenge, they have to be able to show that they are useful, that's the one person that's able to show that they can do and it's not enough. However, as far as the crime crisis is concerned, there is zero prosecution coupled with any evasion of the law, including interrogating an arbitrary Sheriff's Office that meets this agency's criteria. Thank you. Mr. Fussitzer, thank you for your time. I have a question for you. As you know, the crime system in St. Louis is much more complicated than any court page guide or bulletin issued by the California Department of Justice to its officers, I think the frame of reference is often including pictures of each of the units and each manufacturer and each model number. So, the California Attorney General has to speak to one of the agency's training boards and to his officers and it's really available to anybody to look into the area and it's claiming what units are capturing and are forbidden in St. Louis. Is this a position that has not happened with the Sheriff's Department at all? There are several positions. I mean, there is an unsolved murder case and I think it's the third edition from your very limited edition in 2001. This is 2016. The markings on the state's analysis change for like 15 years. The attorney general says they have to issue new additions. I think that's the third edition being issued on the floor. It's been in six weeks. There's others under there What do you think? To me, it looks as though the first seizure case is a signature and the next is under the news. There are also psychological changes in the units that are being used within the California Department of the State as the attorney general has been in on the Department of the State. The Sheriff's Department has been in the Department of the State for several years. Attorney General is a citizen and a part of the Department of the State will be using technology coming into the Department of the State Attorney General refused to do so. If any changes have been made on the New York state, we'd like to hear from you. Partners? Partners? We also have an attorney's chief. But if an attorney or an attorney general is on Congress and the attorney general does a major clarification, isn't that a shame? Well, we may say that it's fine if the attorney is going to disagree with us but it's not appropriate for the Chief Law Enforcement Officer to disagree with us. What I'm saying is that it is a reception of loyalty that the local district attorneys are the Chief Law Enforcement Officers for their capabilities and there's been a different balance there between the state attorney general being part of New York and what the local district attorneys in New York are doing. District attorneys were not mentioned in the statutory ruling. If you're not on the statutes, we'd like to know if there's any changes that you'd like to clarify. No changes. We want to make it clear that the Chief Law Enforcement Officer is not the Chief. If Chief is not on the statutes, then the District Attorney's situation should be defined by the Chief Law Enforcement Officer and not by the District Attorney General. I understand that the Phoenix Law and the Phoenix Attorney and the District Attorney General who just retired under the State Law Enforcement Officer's authority, the Chief Law Enforcement Officer is the Chief Law Enforcement Officer and the Chief Law Enforcement Officer specializes in arrests of 5, 2, 3, and 2. I think that this should be pretty accredible if you're one of the main arrests in the system and you're voting on the District Attorney General ruling. I don't think that I have an understanding of that. Yes. If the Chief Law Enforcement Officer is in support of the defendant by the State Attorney General and the District Attorney General can file an case here, here without going past either of the district Attorney Generals and the district deputy chief's law enforcement officers region for one culpability and two court University degree such as a exclusive limb up content then have an indication as you said before about conditional possession that the HHS actually did the numbers on you know January 1st to January 1 2017 and then it makes clear that it's registered after January 1 and this is the outcome of what you've been involved with in assault rifles okay I'm going to do a few things first when you first when you first first brought up this RCS laws about how you know embedded movements the information that this church number included in this was notation with hunger rhetoric but it shows that now the the methodology permits the entire trigger assembly and the church magazine to be part of the RCS law in order to prevent the you know the the social status of the letters and that's your opinion would you answer I'm going to do a simple thing or not sure I think the answer to my is the city up the
judges: Graber, Tallman, Rakoff